## PEOPLE v. O'MELIA.

(Supreme Court, General Term, Third Department. February 15, 1893.)

DISORDERLY HOUSE.

Whether a person keeps a house himself, or leases it to another, to be used as a house where people can have unlawful sexual intercourse, he is equally guilty, under Pen. Code, § 322, making it a misdemeanor to keep a house for persons to visit for unlawful sexual intercourse, or to let a building knowing that it is intended to be used for such purpose.

Appeal from court of special sessions, city of Albany.

John J. O'Melia was convicted, under Pen. Code, § 322, of keeping a disorderly house, and appeals. Affirmed.

Pen. Code, § 322, provides that: "A person who keeps * * * a house or place for persons to visit for unlawful sexual intercourse, * * * or who, as agent or owner, lets a building, or any portion of a building, knowing that it is intended to be used for any purpose specified in this section, or who permits a building or a portion of a building to be so used, is guilty of a misdemeanor."

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Gleason & Dugan, for appellant.
James W. Eaton, Dist. Atty., for the State.

HERRICK, J. This is almost entirely a question of fact. The recorder had the witnesses before him, and could judge of their truthfulness. Whether he kept the house himself, or leased it to another, to be used as a house where people could have unlawful sexual intercourse, he was equally guilty. People v. Erwin, 4 Denio, 129.

The judgment should be affirmed. All concur.